

**U.S. Department of Justice**

*Karen P. Hewitt*
*United States Attorney*
*Southern District of California*

FILED
07 NOV -2 PM 3: 15
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

(619) 557-5028
Fax (619) 557-5551

| | |
|---|---|
| San Diego County Office | Imperial County Office |
| Federal Office Building | 321 South Waterman Avenue |
| 880 Front Street, Room 6293 | Room 204 |
| San Diego, California 92101-8893 | El Centro, California 92243-2215 |

## NOTICE TO APPEAR

RE:  UNITED STATES OF AMERICA,                 Criminal Case No. 07-CR-2852-JAH
          v.                                                          For Violation of: 21 U.S.C. 331(a), 351(f)
     GABINO PALAFOX,                                              and 333(a)(1); 18 U.S.C.
                                                                              371

You are hereby notified that your case will be called for arraignment on **Tuesday, November 27, 2007**, at the hour of **2:00 p.m.**, in the United States Magistrate Court, United States Courthouse, 940 Front Street, San Diego, California, 92101. You should report to courtroom H of the Hon. Louisa S. Porter, U.S. Magistrate Judge. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You have been charged with a criminal offense. You are strongly advised to consult with an attorney before the above court appearance. If you do not have funds to hire an attorney, you may qualify for appointed counsel. If you think you qualify for court-appointed counsel, it is suggested that you report to Federal Defenders of San Diego, Inc., located in The Homesavings Tower, 225 Broadway, Suite 900, San Diego, California, 92101, telephone: (619) 234-8467, approximately one and one half (1 ½) hours before your scheduled court appearance to speak with an attorney.

KAREN P. HEWITT
United States Attorney

for _____
MICHAEL E. LASATER
Chief, General Crimes Section

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: _Gabino Palafox_

Dated: _No/02/07_

Presented by: _____
                         (Agent's Name)

_____
         (Agency)

_____
    (Agent's Telephone No.)