# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Complaint No. _07CR2852_

Indictment/Information No._____

UNITED STATES OF AMERICA    )
                            )
    vs.                     )
                            )
    GABINO PALAFOX(3)       )    CONSENT TO BE TRIED BEFORE
                            )    U.S. MAGISTRATE JUDGE
                            )

**FILED**
NOV 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

The undersigned defendant charged with

a misdemeanor against the laws of the United States in the Southern District of California appearing before United States Magistrate Judge who has fully apprised the defendant of the right to elect to trial, judgment and sentencing by a District Judge of the United States District Court which has jurisdiction of the offense, and explained the consequences of this consent, does hereby consent to be tried before the Magistrate Judge on the charge hereinbefore stated, as authorized by Section 3401 of Title 18 of the United States Code and waives trial, judgment and sentencing by a District Judge.

The undersigned defendant, having been fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, does hereby waive the right to a trial by jury and requests the Court to try all charges in this case without a jury. _____ Yes _____ No. (Initial One)

DATED: __11/27/07__

_____    _____
Witness                      Defendant

CRIM-41
5/91

K:\COMMON\FORMS\CRIM-41