1  Thomas J. Warwick, Jr.
   Bar Number: 56200
2  Stacey A. Kartchner
   Bar Number 225507
3  GRIMES & WARWICK
   2664 Fourth Avenue
4  San Diego, CA 92103-6515
   Telephone: (619) 232-0600
5
6  Attorneys for Defendant GABINO PALAFOX
7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr2852-JAH |
| Plaintiff, | Date: March 6, 2008<br>Time: 2:00 p.m. |
| v. | NOTICE OF MOTIONS AND MOTIONS TO:<br>1) COMPEL FURTHER DISCOVERY;<br>2) LEAVE TO FILE FURTHER MOTIONS |
| GABINO PALAFOX, | |
| Defendant. | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      MELANIE K. PEARSON, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on Thursday, March 6, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the Defendant, Gabino Palafox, by and through his attorneys, Thomas J. Warwick, Jr. and Stacey A. Kartchner, will ask this Court to issue an order granting the motions listed below.

//
//
//
//

## MOTIONS

The Defendant, Gabino Palafox, by and through his attorneys, Thomas J. Warwick Jr., and Stacey A. Kartchner, asks this Court pursuant to the Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure 12 and 16, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) compel further discovery; and

2) leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Dated: <u>February 28, 2008</u>                    Respectfully submitted,


                                                   e/Thomas J. Warwick, Jr.
                                                   THOMAS J. WARWICK, JR.
                                                   STACEY A. KARTCHNER
                                                   GRIMES & WARWICK
                                                   Attorneys for GABINO PALAFOX