## PROOF OF SERVICE

**United States v. Gabino Palafox**
Case No:07cr2852-JAH

I, Jimene Bostick, declare under penalty of perjury, that I am a citizen of the United States, that my office address is as indicated below, that I am over the age of eighteen years, and that I am not a party to the above entitled action.

I further declare that on the date indicated below, I served the party listed below via electronic filing the following: **ORDER SHORTENING TIME; NOTICE OF MOTIONS AND MOTIONS TO 1)COMPEL DISCOVERY 2) TO FILE FURTHER MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS.**

Office of United States Attorney
Melanie Pearson, AUSA
880 Front Street
San Diego CA 92101

Dated: February 29, 2008

Jimene Bostick
2664 Fourth Avenue
San Diego, CA  92103
(619) 232-0600