UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GABINO PALAFOX<br><br>　　　　　　　Defendant, | Case No. 07-cr-2852-JAH<br><br>**ORDER DENYING REQUEST TO SHORTEN TIME AND VACATING MARCH 6, 2008 MOTION HEARING AND SCHEDULING MARCH 6, 2008 MOTION SETTING AND TRIAL SETTING** |

　　　On February 29, 2008, Defendant filed Motions to Compel Further Discovery and for Leave to File Further Motions. Defendant also lodged a request and proposed order with chambers on February 29, 2008, asking that the Court shorten the time for briefing and hear Defendant's motions on March 6, 2008. IT IS HEREBY ORDERED:

　　　1.　　Defendant's request for an Order Shortening Time is hereby DENIED.

　　　2.　　The Motion Hearing scheduled in this case for March 6, 2008 shall be VACATED.

　　　3.　　A Motion Setting and Trial Setting shall be held on **March 6, 2008** at **2:00 p.m.** in Courtroom H before Magistrate Judge Louisa S. Porter.

///

///

4. The Court does NOT hereby vacate the Change of Plea Hearing scheduled for **March 6, 2008** at **2:00 p.m.** in Courtroom H before Magistrate Judge Louisa S. Porter.

DATED: March 4, 2008

*/s/ Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge